EDWARD R. DUNHAM, Respondent, *v.* THE HASTINGS PAVEMENT COMPANY, Appellant.

*Dunham* v. *Hastings Pavement Co.*, 118 App. Div. 127, affirmed. (Argued May 21, 1907; decided June 4, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover on contract.

The following questions were certified:

"1. Does the third amended complaint herein state facts sufficient to constitute a cause of action in the 'first cause of action' therein set forth?

" 2. Does the third amended complaint herein state facts sufficient to constitute a cause of action in the 'second and separate cause of action' therein set forth?

" 3. Does the third amended complaint herein state facts sufficient to constitute a cause of action in the 'third and separate cause of action' therein set forth?"

*Austen G. Fox* and *John S. Sheppard, Jr.,* for appellant.

*Samuel Untermyer, Louis Marshall, Abraham Benedict* and *Richard H. Mitchell* for respondent.

Order affirmed, with costs; questions certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.